Jose Torres Hurtado #80616-198
FCI Mendota
P.O.Box 9
Mendota, CA 93640

June 12, 2013

**FILED**

**FILED**

JUN 18 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
DEPUTY CLERK

JUN 14 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
DEPUTY CLERK

Clerk,
United States District Court
For the Eastern District of California
2500 Tulare Street
Fresno, CA 93721

Re: Hurtado v. Gill,   Case No. 1:13-cv-00757-AWI-BAM

Dear Court Clerk,

On June 11, 2013, I received from this Court a "new" case number assigned to District Judge Anthony W. Ishii and Magistrate Judge Barbara A. McAuliffe, in the cause of action referred above.

However, this case being commenced in the Sacramento District Court and Petitioner not being able to have all his documentation to substantiate his contention in such action, on May 28, 2013 mailed to the Sacramento Courthouse a "Motion for Voluntary Dismissal" pursuant to Federal Rule Civil Procedure 41(a)(1). SEE COPY ATTACHED.

Thus, I believe the present action should be dismissed without prejudice as I requested in my motion. The reason I made such a decision was to have the opportunity in the future to file my 2241 petition when I gather all the documentation to support my legal arguments.  Please make note of my motion to voluntarely dismiss the action.

Thank you.

Very truly

*Jose Torres Hurtado*

It is so Ordered. Dated: 6-17-13

*[signature]*

United States District Judge

**RECEIVED**

JUN 14 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
DEPUTY CLERK

Jose Torres Hurtado #80616-198
FCI Medota
P.O.Box 9
Mendota, CA 93640



Petitioner in Pro-se

UNITED ATATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSE TORRES HURTADO,
    Petitioner,

    v.

AUDREY GILL,
    Warden.
_____/

Case No. 2:13-CV-0971-EFB(HC)

PETITIONER'S NOTICE OF
VOLUNTARY DISMISSAL PURSUANT
TO FED. R. CIV. P. 41(a)(1)

    COMES NOW, Plaintiff/Petitioner Jose Torres Hurtado, acting in Pro-se, and file
this Notice of Voluntary Dismissal, withouth prejudice, pursuant to Fed. R. Civ. P.
41(a)(1). Plaintiff/Petitioner have not gother all the documentation to properly
articulate his contentions in this action, and therefore he respectfully request a
voluntary didmissal, without prejudice, of this action under the rules. See Brooks
v. Gregoire, 2012 U.S. Dist. LEXIS 157124 (W.D.Wash. August 29, 2012)(Plaintiff has
a right to dismiss this action prior to service). Id. (citing Fed. R. Civ. P. 41(a)(1)).

    WHEREFORE, Plaintiff/Petitioner respectfully request this Court to grant his
request and dismiss this action, without prejudice, pursuant to the invoked rule.

DATE: May 28, 2013

Respectfully submitted,

_Jose Torres Hurtado_
Petitioner in Pro-se